Harold SUTTON

v.

THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY and Agricultural and Mechanical College, et al.

NO. 2016–CC–1369

Supreme Court of Louisiana.

October 17, 2016

Applying For Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. I, No. 577,492; to the Court of Appeal, First Circuit, No. 2016 CW 0377

Granted and remanded to the court of appeal for briefing, argument, and full opinion.

CLARK, J., would deny.

429 BOURBON STREET, LLC

v.

RMDR INVESTMENTS, INC.

NO. 2016–OC–1813

Supreme Court of Louisiana.

October 17, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. C, No. 2015–7064; to the Court of Appeal, Fourth Circuit, No. 2016–CA–0800.

Stay denied. Writ denied.

STATE of Louisiana

v.

Andre DEMERY

NO. 2015-K-1072

Supreme Court of Louisiana.

October 17, 2016

Applying For Writ of Certiorari and/or Review, Parish of Webster, 26th Judicial District Court Div. F, No. 86786; to the Court of Appeal, Second Circuit, No. 49,-732-KA;

Denied.

STATE EX REL. Kevin WISE

v.

STATE of Louisiana

NO. 2015-KH-1127

Supreme Court of Louisiana.

October 17, 2016

Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. J, No. 358-790; to the Court of Appeal, Fourth Circuit, No. 2015-K-0409

Denied.